**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Renoir BONNICK, Defendant–**
**Appellant.**

**No. 12–3076.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 28, 2013.

Filed: March 5, 2013.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Renoir Bonnick appeals after he pled guilty to a drug offense and the district court [1]—upon determining that he was a career offender, but also granting him a downward variance—sentenced him to 90 months in prison. Bonnick's counsel has

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), raising two issues: (1) whether the district court abused its discretion in not granting Bonnick a greater downward variance, and (2) whether Bonnick received ineffective assistance because his counsel did not predict, prior to his guilty plea, that he would be sentenced as a career offender. Counsel has also moved to withdraw.

We decline to consider the ineffective-assistance issue on direct appeal. *See United States v. McAdory,* 501 F.3d 868, 872–73 (8th Cir.2007) (appellate court ordinarily defers ineffective-assistance claim to 28 U.S.C. § 2255 proceedings). We further conclude that the district court's sentencing decision reflects no abuse of discretion. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (discussing appellate court review of sentencing decision under abuse-of-discretion standard); *see also United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc) (describing ways in which district court might be found to have committed abuse of discretion). Finally, having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.